AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

FID 11045088

**RECEIVED** By USMS District of Columbia District Court at 8:54 am, Nov 08, 2024

| | |
|---|---|
| United States of America<br>v.<br><br>DESHAWN LOGGINS<br><br>*Defendant* | Case: 1:24-cr-00505<br>Assigned To : Judge Dabney L. Friedrich<br>Assign. Date : 11/07/2024<br>Description: Indictment (B)<br>Related Case: 21-cr-465 (DLF) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **DESHAWN LOGGINS**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1) and 841(b)(1)(C) - Unlawful Possession with Intent to Distribute Cocaine Base;
18 U.S.C. § 924(c)(1)(A)(i) - Using, Carrying, and Possessing a Firearm in Furtherance of a Drug Trafficking Offense;
18 U.S.C. § 922(g)(1) - Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year;

FORFEITURE: 18 U.S.C. § 924(d); 21 U.S.C. § 853(p); and 28 U.S.C. § 2461(c)

Date: 11/07/2024

*Issuing officer's signature*

City and state: WASHINGTON, DC

MOXILA A. UPADHYAYA, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 11/8/24, and the person was arrested on *(date)* 11/8/24
at *(city and state)* Washington, D.C

Date: 11/8/24

*Arresting officer's signature*

HSI Special Agent Brett Lembke
*Printed name and title*