IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * |
| | *   Case No. 24-cr-00505 DLF |
| DESHAWN LOGGINS | * |
| | * |
| Defendant. | * |

## MOTION TO CONTINUE STATUS CONFERENCE

The Defendant, Deshawn Loggins, by and through counsel, Michael E. Lawlor, and Brennan, McKenna & Lawlor, Chtd., respectfully submits this Motion to Continue Status Conference. In support of this Motion, counsel states as follows:

1. Per prior order of the Court a status conference in this matter was scheduled for Monday, December 2, 2024 via videoconference. At this time, Mr. Loggins respectfully requests that this Court continue the status conference to a date that is agreeable to the Court and all parties.

2. Undersigned counsel makes the request because counsel has been in a murder trial in the Circuit Court for Charles County, Maryland since November 18, 2024 in the matter of *State of Maryland v. Jahad Frierson,* case no.: C08CR21000327. Counsel did not anticipate that the trial would carryover into the current week.

3. Mr. Loggins consents to tolling time under the Speedy Trial Act through the date of the next hearing in this matter.

4. Accordingly, Mr. Loggins respectfully requests that this Court continue the December 2, 2024 status conference to a date that is agreeable to the Court and all parties and exclude that time from the Speedy Trial calculation in this case.

Respectfully submitted,

/s/
_____
Michael E. Lawlor
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301.474.0044
mlawlor@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 3, 2024, a copy of the foregoing was sent to the United States Attorney's Office for the District of Columbia, via ECF.

/s/
_____
Michael E. Lawlor