IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    *

 v.                          *  Criminal Case No. DLF-24-505

DESHAWN LOGGINS              *

*   *   *   *   *   *   *   *   *   *   *

### DEFENDANT'S REPLY TO THE COURT'S MINUTE ORDER

Defendant Deshawn Loggins by and through undersigned counsel, hereby submits the following reply to the Court's April 11 minute order. In support thereof, Mr. Loggins states as follows:

1. On April 11, 2025, this Honorable Court issued a minute order requesting that undersigned counsel notify the court whether he intended to call any witnesses at the April 17, 2025, suppression hearing.

2. On April 15, 2025, undersigned counsel informed government counsel that he intended to rely on the arguments he previously submitted in his suppression motion.

WHEREFORE, undersigned counsel believes that an evidentiary hearing at the upcoming suppression hearing is not necessary.

                  Respectfully submitted,

                  *Alfred Guillaume*
                  Alfred Guillaume III, Esq.

                  Law Offices of Alfred Guillaume III, LLC
                  1350 Connecticut Ave. NW, Suite 308
                  Washington, D.C., 20036

                  202-321-0549

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 15th of April, 2025, a copy of the foregoing Motion was served electronically via ECF to: Office of the United States Attorney.

*Alfred Guillaume*
_____
Alfred Guillaume III

2