IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * Criminal Case No. 24-505-DLF |
| DESHAWN LOGGINS | * |

\* \* \* \* \* \* \* \* \* \* \* \*

**<u>DEFENDANT'S SUPPLEMENTAL OBJECTIONS TO THE GOVERNMENT'S
PROPOSED JURY INSTRUCTIONS</u>**

Comes now, Defendant, Deshawn Loggins, by and through counsel, Alfred Guillaume III, and hereby makes the following supplemental objections to the government's proposed jury instructions.

1. Government Instruction No. 23 – Count One (Cocaine Base 28 grams + Prior Conviction)
   a. Mr. Loggins objects to submitting the prior conviction facts (length, release date) to the jury.
   b. 21 U.S.C. § 851.
   c. *United States v. Fields*, 53 F.4th 1027 (6th Cir. 2022).
   d. Federal Rule of Criminal Procedure 403

2. Government Instruction No. 24 – Count Two Oxycodone
   a. Mr. Loggins objects to the insertion of language which lists the evidence it may consider deciding whether the material is oxycodone.

3. Government Instruction No. 25 – Firearm in Furtherance of Drug Trafficking
 a. Mr. Loggins objects to the expanded factors provided by government.
 b. *Quercia v. United States*, 289 U.S. 466 (1933)

4. Government Instruction No. 26 – Felon in Possession of a Firearm and Ammunition
 a. Mr. Loggins objects to removing the language regarding the stipulation of the prior conviction.

Respectfully submitted,

*Alfred Guillaume*
ALFRED GUILLAUME III, #30117
Law Offices of Alfred Guillaume III, LLC
1350 Connecticut Ave. NW, Suite 308
Washington, D.C. 20036

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2025, a copy of Defendant's Motion, was electronically filed in this case to all parties of record.

*Alfred Guillaume*
Alfred Guillaume III, Esq.
Attorney for Deshawn Loggins