UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : CASE NO. 24-cr-505 (DLF)
:
DESHAWN LOGGINS, :
:
Defendant. :

## VERDICT FORM

**COUNT ONE**: Unlawful Possession with Intent to Distribute Cocaine Base:

__X__  
Guilty

_____  
Not Guilty

If you found the defendant Guilty of Count One, please mark the amount of substance or mixture containing cocaine base that you find the defendant possessed:

__X__  
28 grams or more

_____  
Less than 28 grams

**COUNT TWO**: Unlawful Possession with Intent to Distribute Oxycodone:

__X__  
Guilty

_____  
Not Guilty

**COUNT THREE**: Using, Carrying, and Possessing a Firearm in Furtherance of a Drug Trafficking Offense:

_____  
Guilty

_____  
Not Guilty

**COUNT FOUR**: **Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year:**

__X__
Guilty

_____
Not Guilty

BY:  /s/                                    _____

Dated this __18__ day of __Sept.__, 2025